UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL WAYNE HILL,

    Plaintiff,

v().                                                                Case No. 3:22cv3202-MCR-HTC

MICHAEL ANDREW BARNHART,
MEAGAN RENEE KERNS,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 21, 2022. ECF No. 5. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv3202-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

2. Plaintiff's complaint (ECF Doc. 1) is DISMISSED for lack of subject matter jurisdiction and as frivolous.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 26th day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**